992 F.2d 243
 Jenny Lisette FLORES, a minor, by next friend Mario Hugh
GALVEZ-MALDONADO; Dominga Hernandez-Hernandez, a minor, by
next friend Jose Saul Mira; Alma Yanira Cruz-Aldama, a
minor, by next friend Herman Perililo Tanchez, Plaintiffs-Appellees,
v.
Edwin MEESE, III; Immigration & Naturalization Service;
Harold Ezell, Defendants-Appellants.
 No. 88-6249.
 United States Court of Appeals,
Ninth Circuit.
 May 18, 1993.
 
 On Remand from the United States Supreme Court.
 Before: WALLACE, Chief Judge, and TANG, SCHROEDER, D.W. NELSON, CANBY, NORRIS, WIGGINS, BRUNETTI, THOMPSON, LEAVY, and RYMER, Circuit Judges.
 
 
 1
 Pursuant to the mandate of the United States Supreme Court in Reno v. Flores, --- U.S. ----, 113 S.Ct. 1439, 123 L.Ed.2d 1 (1993), this case is REMANDED to the district court for further proceedings in accordance with the opinion of the United States Supreme Court.